No. 05–691.  SMART v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–698.  VERBITSKAYA ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–703.  ANGULO v. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 05–706.  BRECKENRIDGE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–709.  SORENSON v. GEORGIA.  C. A. 11th Cir.  Certiorari denied.

No. 05–715.  HAWKINS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 05–719.  CROUSSER v. UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 05–722.  LAMBERTSEN v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 05–724.  SMITH v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 05–759.  KING v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI.  C. A. 8th Cir.  Certiorari denied.

No. 05–5235.  SMITH v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist., Div. 2.  Certiorari denied.

No. 05–5410.  GUTNAYER v. CENDANT CORP. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 05–5588.  VALENTIN-MORALES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–5648.  STONE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 05–5680.  ROGERS v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.